[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14256
Non-Argument Calendar

_____

D.C. Docket No. 6:02-cr-00073-LSC-GMB-23

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLARENCE GENE SHANKLIN, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(May 12, 2021)

Before WILSON, ROSENBAUM, and BLACK, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Clarence Gene Shanklin, Sr., in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shanklin's revocation of supervised release and sentence are **AFFIRMED**.